# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:04CV365

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| $180,197.68, MORE OR LESS, IN ) | |
| FUNDS SEIZED FROM ACCOUNTS ) | |
| AT BANK OF AMERICA AND ) | |
| CENTRAL CAROLINA BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss this action. The claimants have not filed any objections or responses to the relief sought.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and this action is hereby **DISMISSED**.

2

Signed: April 25, 2008

Lacy H. Thornburg
United States District Judge